## 37451. RUSSELL et al. v. SHEPARD et al.

The judgment of the trial court is affirmed without opinion pursuant to Rule 59.

*All the Justices concur, except Marshall, J., who dissents.*

DECIDED JUNE 16, 1981.

*James H. Weeks,* for appellants.
*Harvey, Willard, Elliott & Olsen, Billy Olsen, E. Christopher Harvey,* for appellees.